UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br><br>    Petitioner,<br><br>v.<br><br>SHAWN HATTON, Warden,<br><br>    Respondent. | Case No. 17-cv-06614-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 8 |

Good cause appearing, Respondent's application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file his answer to the petition no later than **May 1, 2018**. Within **thirty (30) days** of the date such answer is filed, Petitioner may file with the Court and serve on Respondent a traverse.

This order terminates Docket No. 8.

**IT IS SO ORDERED.**

Dated: 3/8/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge