UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br><br>    Petitioner,<br><br>v.<br><br>SHAWN HATTON, Warden,<br><br>    Respondent. | Case No. 17-cv-06614-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 15 |

Good cause appearing, petitioner's application for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **July 11, 2018**.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: 6/5/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge