UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>SHAWN HATTON, Warden,<br><br>　　　　　　Respondent. | Case No. 17-cv-06614-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S SECOND APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 19 |

Good cause appearing, petitioner's second application for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **August 13, 2018**.

This order terminates Docket No. 19.

**IT IS SO ORDERED.**

Dated: 7/12/2018

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge