UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br>Petitioner,<br>v.<br>CRAIG KOENIG, Warden<br>Respondent. | Case No. 17-cv-06614-HSG<br>**ORDER DIRECTING RESPONDENT TO FILE CERTAIN DOCUMENTS** |

Nelson Carlos Delgado, a prisoner housed at the Correctional Training Facility in Soledad, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] The Court has found that the instant petition's allegation that the trial court failed to excuse a juror for cause because she had formerly worked as a prosecutor stated a cognizable Fourteenth Amendment due process claim. Dkt. No. 6. Respondent has not filed in the record the portions of the court proceeding that are relevant to a determination of this Fourteenth Amendment claim, such as the portion of the *voir dire* proceedings relevant to this juror and the juror questionnaire for this juror. Accordingly, the Court orders that, within **seven (7) days** of the date of this order, Respondent shall file with this Court and serve upon Petitioner, a copy of the state court trial records relevant to this Fourteenth Amendment claim. To the extent that Respondent has confidentiality concerns, Respondent may request to file these records under seal, or request to file these records pursuant to a protective order, or request to file a redacted version of these records.

The Court will *sua sponte* GRANT Petitioner leave to file a supplemental traverse, if

---

[1] In accordance with Rule 25(d) of the Federal Rules of Civil Procedure and Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section 2254, the Clerk of the Court is directed to substitute Craig Koenig, the current warden of CTF, in place of the previously named respondent because Warden Koenig is Petitioner's current custodian.

Petitioner so wishes, that is limited to addressing the records produced by Respondent pursuant to this order. The supplemental traverse shall not exceed five pages and may not raise new arguments. Petitioner shall file his supplemental traverse within **fourteen (14) days** of receiving the above-referenced records. The habeas petition will be considered fully submitted by that date.

**IT IS SO ORDERED.**

Dated: 3/6/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge