UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br>Petitioner,<br>v.<br>SHAWN HATTON,<br>Respondent. | Case No. 17-cv-06614-HSG<br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING**<br>Re: Dkt. No. 25 |

Nelson Carlos Delgado, a prisoner housed at the Correctional Training Facility in Soledad, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause being shown, Respondent's request for a second extension of time to file the documents referenced in the Court's March 6, 2019 order is GRANTED. By **July 12, 2019**, Respondent shall file with this Court and serve upon Petitioner, a copy of the state court trial records responsive to the Court's March 6, 2019 order. Within **fourteen (14) days** of receiving the above-referenced records, Petitioner may, if he so wishes, file a supplemental traverse that is limited to addressing the records produced by Respondent. The supplemental traverse shall not exceed five pages and may not raise new arguments.

This order terminates Dkt. No. 25.

**IT IS SO ORDERED.**

Dated: 5/15/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge