UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN HATTON,<br><br>Defendant. | Case No. 17-cv-06614-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL; GRANTING EXTENSION OF TIME TO FILE JUROR QUESTIONNAIRE**<br><br>Re: Dkt. Nos. 28, 29 |

Nelson Carlos Delgado, a prisoner housed at the Correctional Training Facility in Soledad, California, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Now pending before the Court are Respondent's motions to file copies of the reporter's transcript of the juror voir dire under seal, and for an extension of time to file the juror questionnaire. Dkt. Nos. 28 and 29.

**DISCUSSION**

**I.  Request to File Under Seal Copies of the Juror Voir Dire**

On March 6, 2019, the Court ordered Respondent to file in the record the portions of the *voir dire* proceeding relevant to a determination of the Fourteenth Amendment claim, specifically the voir dire of the juror who eventually became jury foreperson and was a former prosecutor, and the juror questionnaire for this juror. Dkt. No. 22. In the order, the Court stated that to the extent that Respondent had confidentiality concerns, he could request to file the records under seal or pursuant to a protective order, or to file a redacted version of the records. Dkt. No. 22 at 1.

Respondent has moved to file under seal copies of the reporter's transcript of the juror voir dire in the case of *People v. Nelson Carlos Delgado*, San Francisco County Superior Court C No.

SCN218411 because the transcripts contain personal identifying information of the jurors which are considered confidential under state law, pursuant to Section 237 of the California Code of Civil Procedure. Dkt. No. 28. Good cause shown, Respondent's request to file the transcripts lodged as Respondent's Exhibit N under seal is GRANTED IN PART AND DENIED IN PART. The transcripts lodged as Respondent's Exhibit N at Dkt. No. 28 shall be filed under seal. However, Respondent shall identify for the Court which portions of the voir dire transcript are the voir dire of the juror that is the focus of the Fourteenth Amendment claim, specifically the juror who eventually became jury foreperson and was a former prosecutor, and, within fourteen days of the date of this order, Respondent shall file in the record, and serve on Petitioner, **only** the specific portions of the voir dire transcript where the juror that is the focus of the Fourteenth Amendment claim was questioned, with any confidential information, such as personal identifying information of the jurors, redacted. If Respondent has additional confidentiality concerns, Respondent must promptly inform the Court of these concerns.

## II. Request for an Extension of Time to File Juror Questionnaire

Respondent has requested an extension of time to file the juror questionnaire of the juror that is the focus of the Fourteenth Amendment claim. Dkt. No. 29. Good cause being shown, this request is GRANTED. By **August 26, 2019**, Respondent shall file with this Court and serve upon Petitioner a copy of the juror questionnaire. If Respondent has confidentiality concerns, he may request to file the questionnaire under seal or pursuant to a protective order, or to file a redacted version of the questionnaire.

## CONCLUSION

For the foregoing reasons, the Court orders as follows.

Respondent's request to file under seal the transcripts lodged as Respondent's Exhibit N at Dkt. No. 28 is GRANTED IN PART AND DENIED IN PART. Dkt. No. 28. The transcripts lodged as Respondent's Exhibit N at Dkt. No. 28 shall be filed under seal. Within fourteen days of the date of this order, Respondent shall file in the record, and serve on Petitioner, **only** the specific portions of the voir dire transcript where the juror that is the focus of the Fourteenth Amendment claim was questioned, with any confidential information, such as personal identifying

2

information of the jurors, redacted. If Respondent has additional confidentiality concerns, Respondent must promptly inform the Court of these concerns.

Respondent's request for an extension of time to file the juror questionnaire of the juror that is the focus of the Fourteenth Amendment claim is GRANTED. Dkt. No. 29. By **August 26, 2019**, Respondent shall file with this Court and serve upon Petitioner a copy of the juror questionnaire.

The briefing schedule for Petitioner's supplemental traverse is VACATED. By September 9, 2019, Petitioner may, if he so wishes, file a supplemental traverse that is limited to addressing the records produced by Respondent. The supplemental traverse shall not exceed five pages and may not raise new arguments.

This order terminates Dkt. Nos. 28 and 29.

**IT IS SO ORDERED.**

Dated: 7/24/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge