UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SHAWN HATTON,<br><br>　　　　Respondent. | Case No. 17-cv-06614-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE REDACTED JUROR VOIR DIRE**<br><br>Re: Dkt. No. 31 |

Good cause being shown, Respondent's administrative motion seeking leave to file the redacted juror voir dire as Respondent's Exhibit O is GRANTED. The redacted portion of the juror voir dire transcripts located at Dkt. No. 31 at 3–9 is filed as Respondent's Exhibit O.

This order terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated: 8/1/2019

_（signature）_
HAYWOOD S. GILLIAM, JR.
United States District Judge