UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SHAWN HATTON,<br><br>　　　　Respondent. | Case No. 17-cv-06614-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL TRAVERSE**<br><br>Re: Dkt. No. 34 |

Petitioner's request for an extension of time to file a supplemental traverse is GRANTED. Dkt. No. 34. By December 2, 2019, Petitioner may, if he so wishes, file a supplemental traverse that is limited to addressing the records produced by Respondent in response to the Court's March 6, 2019 Order directing Respondent to file certain documents. The supplemental traverse shall not exceed five pages and may not raise new arguments.

This order terminates Dkt. No. 34.

**IT IS SO ORDERED.**

Dated: 10/23/2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge