UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARLOS DELGADO,<br>Petitioner,<br>v.<br>CRAIG KOENIG, Warden<br>Respondent. | Case No. 17-cv-06614-HSG<br>**JUDGMENT** |

For the reasons set forth in the Court's Order Denying the Petition for a Writ of Habeas Corpus, Denying a Certificate of Appealability, the petition for a writ of habeas corpus is DENIED. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge